# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| RICHARD VILLAR, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 2:15-cv-00198-LSC-SGC |
| W.T. TAYLOR, et. al, | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On February 1, 2018, the magistrate judge entered a report recommending Villar's petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2241 be dismissed without prejudice for lack of subject matter jurisdiction. (Doc. 22). Although Villar was advised of his right to object, he did not file any written objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report of the magistrate judge and **ACCEPTS** her recommendations. In accordance with the recommendations, the court finds the petition is due to be dismissed without prejudice.

A separate order will be entered.

**DONE** AND **ORDERED** ON MARCH 8, 2018.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704