UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD VILLAR, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | |
| ) | Case No.: 2:15-cv-00198-LSC-SGC |
| W.T. TAYLOR, et. al, ) | |
| ) | |
| Respondents. ) | |
| ) | |

**FINAL JUDGMENT**

In accordance with the accompanying Memorandum Opinion and with Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the petition for writ of habeas corpus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

The parties shall bear their respective costs.

**DONE** AND **ORDERED** ON MARCH 8, 2018.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704